IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:08cv602-WHA |
| ) | |
| DSI SECURITY SERVICES, INC. and ) | (WO) |
| NUCOR (American Buildings), ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants, DSI Security Services, Inc. and NUCOR (American Buildings), and against the Plaintiff, Roger Reeves, and this case is DISMISSED with prejudice.

DONE this 27th day August, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE